No. 1021. SHERWIN v. UNITED STATES; and
No. 1022. SHERIDAN v. UNITED STATES. On petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit. June 2, 1941. The motion to use the record in Nos. 319 and 320 is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and the motion for leave to proceed further *in forma pauperis*, are denied. *Mr. Earl C. Demoss* for petitioners. Reported below: 118 F. 2d 828.

No. 917. FARNSWORTH v. SANFORD, WARDEN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. John F. Finerty* for petitioner.

No. 1003. GLASS v. RYAN, WARDEN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Harold Glass, pro se.*

No. 1040. WEITLAUF v. UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Jordan R. Bentley* for petitioner.